**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Kevin Fernandez, | Case No. 2:24-cv-00654-MMD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Dawn Jones, et al., | |
| Defendants. | |

Plaintiff Kevin Fernandez filed an application to proceed *in forma pauperis* for prisoners (ECF No. 1) and a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) According to the Nevada Department of Corrections inmate database, however, Plaintiff has been released from custody and is no longer at the address listed with the Court. In light of this development, for the Court to screen the complaint, Plaintiff must do two things by **January 3, 2025**.

First, Plaintiff must file his updated address with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Second, Plaintiff must file an application to proceed *in forma pauperis* for non-prisoners or pay the full $405 filing fee.

IT IS THEREFORE ORDERED that, by **January 3, 2025**, Plaintiff must (1) file his updated address with the Court and (2) either file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full $405 filing fee.

IT IS FURTHER ORDERED that failure to timely comply with this order will subject this case to dismissal without prejudice.

1       IT IS FURTHER ORDERED that the Clerk of Court send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

DATED: December 4, 2024.

_____
Brenda Weksler
United States Magistrate Judge